AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| U.S. VIRGIN ISLANDS | District of | ST. CROIX |

KRISTINA SUID

**SUMMONS IN A CIVIL ACTION**

V.

1-800-CONTACTS, INC & JOHNSON AND
JOHNSON VISION CARE, INC

CASE NUMBER: 2011/37

TO: (Name and address of Defendant)

1-800-CONTACTS, INC
66 E. WADSWORTH PARK DRIVE
DRAPER, UTAH 84020-8995

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LEE J. ROHN, ESQUIRE
ROHN AND CARPENTER, LLC
1101 KING STREET
CHRISTIANSTED, ST. CROIX 00820

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILFREDO F. MORALES                                              4/8/2011

CLERK                                                                            DATE

(By) DEPUTY CLERK