AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

U.S. VIRGIN ISLANDS   District of   ST. CROIX

KRISTINA SUID

**SUMMONS IN A CIVIL ACTION**

V.

1-800-CONTACTS, INC & JOHNSON AND JOHNSON VISION CARE, INC

CASE NUMBER:  2011/37

TO: (Name and address of Defendant)

JOHNSON AND JOHNSON VISION CARE, INC
7500 CENTURION PKWY
JACKSONVILLE, FLORIDA 32256

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LEE J. ROHN, ESQUIRE
ROHN AND CARPENTER, LLC
1101 KING STREET
CHRISTIANSTED, ST. CROIX 00820

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILFREDO F. MORALES                                    4/8/2011

CLERK                                                         DATE

*[signature]*

(By) DEPUTY CLERK

# EXHIBIT 1

## AFFIDAVIT OF SERVICE

**State of Florida**         **County of**         **District Court**

Case Number: 2011/37

Plaintiff:
**Kristina Suid**

vs.

Defendant:
**1-800-Contacts, Inc, etal**

For:
Law Offices of Rohn Carpenter, LLC
101 King Street
Christiansted, VI  00820-4933

Received by Process Servers, Etc. on the 15th day of April, 2011 at 10:30 am to be served on **Johnson & Johnson Vision Care, Inc, 7500 Centurion Parkway, Jacksonville, FL 32256**.

I, JAMES HENDON, being duly sworn, depose and say that on the **15th day of April, 2011** at **12:55 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons & Complaint** with the date and hour of service endorsed thereon by me, to: **Greg Hurst** as **Director Human Resource** for **Johnson & Johnson Vision Care, Inc**, at the address of: **7500 Centurion Parkway, Jacksonville, FL 32256**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am a Sheriff Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525 (2), no notary is required.

Subscribed and Sworn to before me on the 18th day of April, 2011 by the affiant who is personally known to me.

NOTARY PUBLIC

JAMES HENDON
Process Server #409

Process Servers, Etc.
1 San Jose Place
Suite 19
Jacksonville, FL 32257
(904) 260-7766
Our Job Serial Number: TYR-2011002103

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m